IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

| | | |
|---|---|---|
| KENNETH TONEY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 3:25cv606-MHT |
| | ) | (WO) |
| CHAMBERS COUNTY DETENTION | ) | |
| FACILITY, | ) | |
| | ) | |
| Defendant. | ) | |

OPINION

Pursuant to 42 U.S.C. § 1983, plaintiff, who was incarcerated in county jail, filed this lawsuit complaining about conditions of confinement in the facility. This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that plaintiff's case be dismissed without prejudice for failure to notify the court of an address change and failure to prosecute. There are no objections to the recommendation. After an independent and de novo review of the record, the court concludes that the magistrate judge's recommendation should be adopted.

An appropriate judgment will be entered.

DONE, this the 16th day of March, 2026.

                                  /s/ Myron H. Thompson
                               UNITED STATES DISTRICT JUDGE