IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

KENNETH TONEY,                    )
                                  )
     Plaintiff,                   )
                                  )        CIVIL ACTION NO.
     v.                           )         3:25cv606-MHT
                                  )             (WO)
CHAMBERS COUNTY DETENTION         )
FACILITY,                         )
                                  )
     Defendant.                   )

## JUDGMENT

In accordance with the memorandum opinion entered today, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) The United States Magistrate Judge's recommendation (Doc. 9) is adopted.

(2) This lawsuit is dismissed without prejudice for plaintiff's failure to prosecute and failure to inform the court of his change of address.

No costs are taxed.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment

pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is closed.

DONE, this the 16th day of March, 2026.

                        /s/ Myron H. Thompson
                        UNITED STATES DISTRICT JUDGE